# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * * * * * *

KAREN FALCONIO,

                 Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

                 Respondent.

No. 17-1510V

Special Master Christian J. Moran

Filed:  July 9, 2019

Entitlement, dismissal

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS[1]

On July 3, 2019, petitioner filed a joint stipulation of dismissal pursuant to Vaccine Rule 21(a)(1)(B) in the above-captioned case.  Petitioner reserved her rights to seek attorneys' fees and costs, and respondent reserved his rights to oppose those fees and costs.

Accordingly, pursuant to Vaccine Rule 21(a)(2), the above-captioned case is hereby **dismissed without prejudice**.  The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a)(3).

**IT IS SO ORDERED**.

s/Christian J. Moran
Christian J. Moran
Special Master

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this order on its website (https://www.uscfc.uscourts.gov/aggregator/sources/7).  Thus, anyone with internet access will be able to view this order.  Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4).  Any redactions ordered by the special master will appear in the document posted on the website.